```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE

MARIA E. EATON,                 )
                                )
          Plaintiff,            )
                                )
     v.                         )      Civil No. 04-131-B-W
                                )
KINDRED NURSING CENTERS WEST,   )
LLC, d/b/a WESTGATE MANOR,      )
                                )
          Defendant.            )
```

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 19, 2005 her Recommended Decision.  The Plaintiff filed her objections to the Recommended Decision on June 6, 2005 and the Defendant filed its response to those objections on June 23, 2005.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

   1.  It is therefore ORDERED that the Recommended
       Decision of the Magistrate Judge is hereby
       AFFIRMED.

    2.    It is further <u>ORDERED</u> that Defendant's Motion for Summary Judgment (Docket #8) is <u>GRANTED</u>.

```
                              /s/ John A. Woodcock, Jr.
                              JOHN A. WOODCOCK, JR.
                              UNITED STATES DISTRICT JUDGE
```

Dated this 24th day of June, 2005